# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNA OF GEORGNER, | ) | 1:11cv0562 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR COPY OF |
| v. | ) | OATH OF OFFICE |
| | ) | |
| BRIAN T. MOYHIHAN, et al., | ) | (Documents 6 and 7) |
| | ) | |
| Defendants. | ) | |

    Plaintiff Anna of Georgner ("Plaintiff"), appearing pro se, filed the instant action on April 5, 2011.

    On April 12, 2011, the Court dismissed Plaintiff's complaint with leave to amend. Her amended complaint is due by May 16, 2011.

    On April 19 and 21, 2011, Plaintiff filed a letter in which she requests a copy of the undersigned's "Oath of Office" under the Freedom of Information Act. 5 U.S.C. § 552. Plaintiff's request is DENIED as it is not properly made in the context of this action. Moreover, while Freedom of Information Act requests should be made to the agency in possession of the requested information, the term "agency" does not include courts of the United States. 5 U.S.C. § 551(1)(B). In other words, neither the courts, nor the Administrative Office of the United

1  States Courts, are subject to the Freedom of Information Act.  <u>Banks v. Dept. of Justice</u>, 538
2  F.Supp.2d 228, 231 (D.D.C. 2008).

4      IT IS SO ORDERED.
5      **Dated:**   **May 2, 2011**           /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE